AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**RAFAEL SANTIAGO**

# WARRANT FOR ARREST

CASE NUMBER: 07- 15M

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Rafael SANTIAGO** when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

distribution of cocaine

in violation of Title _21_ United States Code, Section (s) 841(a)(1) and b(1)(C)

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

January 29, 2007   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 844 King St _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-29-07 | /s/ William David DCSN | William Davis |
| DATE OF ARREST |  |  |
| 1-29-07 |  |  |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE