✎ AO 472  (Rev. 3/86)  Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

District of _____ Delaware

UNITED STATES OF AMERICA

V.

Rafael Jose Santiago
_____
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case  CR 07-14-SLR.

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a    ☐ federal offense    ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed    that is

    ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).

    ☐ an offense for which the maximum sentence is life imprisonment or death.

    ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____

                                                    *

    ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the    ☐ date of conviction    ☐ release of the defendant from imprisonment for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

X  (1) There is probable cause to believe that the defendant has committed an offense

    X  for which a maximum term of imprisonment of ten years or more is prescribed in    21 USC § 841    .

    ☐ under 18 U.S.C. § 924(c).

X  (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

(1) There is a serious risk that the defendant will not appear.

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

_____
_____
_____
_____
_____
_____

### Part II—Written Statement of Reasons for Detention

    I find that the credible testimony and information submitted at the hearing establishes by    X  clear and convincing evidence  X  a prepon- derance of the evidence: Defendant is charged with knowingly distributing cocaine. Defendant was born in Puerto Rico where his parents and two brothers still reside. One brother is presently incarcerated in a DE facility. He has a sister who lives in DE and an ex-wife and children residing in this state. Defendant has worked at New Creations (barber shop) for 4 years, with the last two as the owner. Most past violations are for speeding or other traffic related offenses.

Regarding the nature of the offense, defendant was found with a loaded firearm and the drugs. Defendant did not contest detention at this time but reserved the right to do so in the future which was granted. In light of the present charge and the fact that a weapon was also found on or near his person, the court finds that there are no conditions or combination thereof that will reasonably assure the safety of the community.



FILED

FEB 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

✎ AO 472  (Rev. 3/86)  Order of Detention Pending Trial

**Part III—Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

February 15, 2007
Date

Signature of Judicial Officer
Mary Pat Thynge, Magistrate Judge
Name and Title of Judicial Officer

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).