IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-14-SLR |
| RAFAEL SANTIAGO, | : |
| Defendant. | : |

### ORDER

AND NOW, this _1st_ day of _March_, 2007, upon consideration of Defendant's Joint Unopposed Motion to Permit Current Defense Counsel to Withdraw As Counsel and to Reappoint The Federal Public Defender's Office for the District of Delaware as Counsel, it is hereby **ORDERED** that the Law Office of John S. Malik will be allowed to withdraw as counsel, and that the Federal Public Defender's Office for the District of Delaware will be reappointed to represent Defendant, Rafael Santiago.

BY THE COURT:

_____
The Honorable Sue L. Robinson
United States District Court