IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  __RAFAEL SANTIAGO__      CASE NO. __CR 07-14-SLR__

The defendant,  __RAFAEL SANTIAGO__ , having been

scheduled for arraignment on__ FEBRUARY 15, 2007 __

a continuance having been requested  by  __DEFENSE COUNSEL__

for the following reasons:  __DUE TO SCHEDULING CONFLICTS__

and the Court, having considered the request, finds that the ends of justice

served by  granting the requested continuance outweigh the best interest of the public and

the  defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to  __MARCH 1, 2007__

( 2) The period between __FEB. 15, 2007__  and  __MARCH 1, 2007__

shall be excludable  under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 3/1/07                           _____



FILED

MAR   1  2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE