*FILED IN OPEN COURT 3/1/07 KJC*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. **CR 07-14-SLR** |
| vs. ) | |
| ) | |
| **RAFAEL SANTIAGO** ) | |
| ) | |
| Defendant. ) | |

<u>O R D E R</u>

The defendant, upon entering a plea of not guilty to the Indictment on *3/1/07* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *May 11, 2007*. The time between the date of this order and *May 11, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney