IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-014-SLR |
| ) | |
| RAFAEL SANTIAGO, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 14th day of May, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Tuesday, May, 22, 2007** at **5:00 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and May 22, 2007 shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge