IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-14 SLR |
| ) | |
| RAFAEL SANTIAGO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington, this 23d day of May, 2007, having been advised by counsel that the defendant intends to enter a plea of guilty in the above-captioned case,

**IT IS ORDERED** that a plea hearing is scheduled for Wednesday, June 27, 2007 at 8:30 a.m., in courtroom 6B, on the sixth floor of the J. Caleb Boggs, Federal Building, 844 King Street, Wilmington, Delaware.

Counsel for the defendant having advised the Court that he is unable to attend a plea hearing until the week of June 26, 2007, and the Court finding that a short continuance to accommodate defense counsel and the possibility of a pre-trial disposition of the case outweighing the interest of the public and the defendant in a speedy trial, **IT IS FURTHER ORDERED** that the time from the date of this Order until June 27, 2007, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

_____
UNITED STATES DISTRICT JUDGE