IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-14 SLR |
| | ) |
| RAFAEL SANTIAGO, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss Count II of the Indictment (D.I. 8).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


By: /s/ Douglas E. McCann
    Douglas E. McCann
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    (302) 573-6277

DATED:    September 27, 2007


IT IS SO ORDERED this _____ day of September, 2007

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE